People v Rondon-Tavares (2025 NY Slip Op 07228)

People v Rondon-Tavares

2025 NY Slip Op 07228

Decided on December 23, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: December 23, 2025

Before: Kennedy, J.P. SEQ CHAPTER \h \r 1, Kapnick, Rodriguez, Michael, Hagler, JJ. 

Ind. No. 854/18|Appeal No. 5453|Case No. 2020-00520|

[*1]The People of the State of New York, Respondent,
v
John Rondon-Tavares, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Steven Berko of counsel), for appellant.

Judgment, Supreme Court, Bronx County (Steven Hornstein, J.), rendered November 15, 2019, convicting defendant, upon his plea of guilty, of robbery in the third degree, and sentencing him to a term of 1 to 3 years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Abreu, 211 AD3d 410, 411 [1st Dept 2022]; People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: December 23, 2025